**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| Mary LaRosa, | : |
| | : |
| | : |
| Plaintiff, | : |
| v. | : |
| | : Civil Action No.:  3:13-cv-00929-MPS |
| | : |
| Dynamic Recovery Solutions LLC; and | : |
| DOES 1-10, inclusive, | : |
| | : |
| Defendants. | : |
| | : |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached

a settlement.  The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary

dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 60 days.

Dated August 7, 2013

Respectfully submitted,

PLAINTIFF, Mary LaRosa

/s/ Sergei Lemberg

Sergei Lemberg, Esq.
LEMBERG & ASSOCIATES L.L.C.
1100 Summer Street, 3rd Floor
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile:  (203) 653-3424
slemberg@lemberglaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 7, 2013, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court for the District of Connecticut Electronic Document Filing System (ECF) and that the document is available on the ECF system.

By /s/ Sergei Lemberg
Sergei Lemberg